AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Possession with Intent to Distribute Crack Cocaine
(21 U.S.C. 841(a)(1), (b)(1)(A)(iii))

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ MAURICE JEROME ST. JAMES, JR.

DISTRICT COURT NUMBER
**CR08-0304 PJH**

FILED
MAY -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  MAGISTRATE CASE NO.
  3-08-70264 EMC

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year  4/20/08
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year  5/6/08

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:



PENALTY SHEET ATTACHMENT

UNITED STATES v. MAURICE JEROME ST. JAMES, JR.,

**Possession with Intent to Distribute Cocaine Base in the form of Crack Cocaine
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (One prior)<br>Mandatory Minimum Life Without Release (Two priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

E-filing

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

---

UNITED STATES OF AMERICA,

V.

MAURICE JEROME ST. JAMES, JR.,

CR08-0304 PJH

DEFENDANT.

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Possession with
Intent to Distribute Crack Cocaine

---

A true bill.

_____ Foreman

Filed in open court this 7 day of MAY, 2008

_____ Clerk

Bail, $ *No process*    05/07/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        ) No. CR08-0304 PJH
12 |        Plaintiff,                ) VIOLATION: 21 U.S.C. §§ 841(a)(1),
                                      ) (b)(1)(A)(iii) – Possession with Intent to
13 |   v.                             ) Distribute Crack Cocaine
                                      )
14 | MAURICE JEROME ST. JAMES, JR.,   ) SAN FRANCISCO VENUE
                                      )
15 |        Defendant.                )
                                      )
16 |_____ )

17                      INDICTMENT

18  The Grand Jury charges:

19     On or about April 20, 2008, in the Northern District of California, defendant,

20                  MAURICE JEROME ST. JAMES, JR.,

21  did knowingly and intentionally possess with intent to distribute a Schedule II controlled

22  substance, namely, approximately 78.9 grams of a mixture and substance containing a detectable

23  amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States

24  ///
25  ///
26  ///
27  ///
28  ///

INDICTMENT

1

1  Code, Sections 841(a)(1), (b)(1)(A)(iii).

2  DATED:                                                A TRUE BILL,

3  5-7-08

4                                                        *[signature]*
                                                         FOREPERSON

5  JOSEPH P. RUSSONIELLO
   United States Attorney

6

7  *[signature]*

8  JAMES T. CHOU
   Chief, Organized Crime Strike Force

9

10 (Approved as to form: _____)
                         AUSA GARTH HIRE

INDICTMENT

2