UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 21, 2008        **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-304 PJH

**Case Name:** UNITED STATES v. MAURICE JEROME ST. JAMES, JR (C)

**Attorney for Plaintiff:** Garth Hire
**Attorney for Defendant:** Eric Hairston

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Catherine Edwards

**PROCEEDINGS**

Status/Trial Setting-Held. The government updates the court regarding discovery. The parties request for a four week continuance is granted by the court. The court informs the parties that a briefing schedule for motions or trial date will be set at the next hearing. Time is excluded from 5/21/08 to 6/18/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** June 18, 2008 for Trial Setting/Change of Plea.

--------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 5/21/08 Ends 6/18/08
--------------------------------------------------------------------------------------------------------------

**cc:** chambers