JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MAURICE JEROME ST. JAMES, JR.,<br>Defendant. | No. CR 08-0304 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 21, 2008, TO JUNE 18, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A), (B)(iv)) |

The parties appeared before the Court on May 21, 2008, for a status conference/trial setting hearing. With the agreement of both counsel, and with consent of the defendant, the Court entered an order scheduling a further status conference June 18, 2008, at 1:30 p.m., and finding the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv), from May 21, 2008, to June 18, 2008. The parties agreed, and the Court found and ordered, as follows:

1. The parties agreed to an exclusion of time under the Speedy Trial Act until the next hearing on June 18, 2008. The parties requested that the matter be continued and time

excluded in order to provide defendant's counsel with additional time to evaluate the evidence in this case and determine whether or not defendant should enter a change of plea or file motions and to prepare for trial in this matter.

2. Specifically, defendant's counsel needs the continuance in order to locate, obtain, and review state court conviction documents that may establish defendant is a "career offender" as defined in United States Sentencing Guideline Section 4B1.1 and which could subject defendant to a guideline sentence of 262-327 months imprisonment. Determining defendant's potential career offender status is essential for effective preparation because it will inform defendant's counsel as to whether and how to develop a motions and/or trial strategy. The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

3. Thus, the parties respectfully requested and the Court find that the time period from May 21, 2008, to June 18, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the parties' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the

///

///

///

continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

DATE: May 27, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATE: May 27, 2008

/s/
ERIC MATTHEW HAIRSTON, ESQ.
Assistant Federal Public Defender

Counsel for Maurice Jerome St. James, Jr.

**[P~~ROPOSED~~] ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The matter is set for a status conference/motions setting/trial setting hearing at 1:30 p.m. on June 18, 2008.

2. The time period from May 21, 2008, to June 18, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the parties' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence. The Court finds that nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: 5/29/08

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND ORDER
CR 08-0304 PJH