UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 18, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-304 PJH

**Case Name:**   UNITED STATES   v.   MAURICE JEROME ST. JAMES, JR (C)

**Attorney for Plaintiff:**   Garth Hire
**Attorney for Defendant:**   Eric Hairston

**Deputy Clerk:** Nichole Heuerman          **Court Reporter**: Jim Yeomans

**PROCEEDINGS**

   Trial Setting-Held.  Defense counsel informs the court that he intends to file a motion to suppress.  The motion to suppress shall be filed by 7/2/08; opposition to be filed by 7/16/08; reply to be filed by 7/23/08 with a hearing to be noticed for 7/30/08 at 1:30 p.m.  Time is excluded from 6/18/08 through 7/2/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: July 30, 2008 for Defendant's Motion to Suppress**.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 6/18/08 Ends 7/2/08
--------------------------------------------------------------------------------------------------------------------

**cc:**  chambers; Wendy