JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0304 PJH |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 18, 2008, TO JULY 2, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A), (B)(iv)) |
| v. | |
| MAURICE JEROME ST. JAMES, JR., | |
| Defendant. | |

The parties appeared before the Court on June 18, 2008, for a status conference/trial setting hearing. With the agreement of both counsel, and with consent of the defendant, the Court entered an order scheduling a motions hearing for 1:30 p.m. on July 30, 2008, and set a motions briefing requiring the moving party to file motions by July 2, 2008. The Court then found the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv), from June 18, 2008, to July 2, 2008. The parties agreed, and the Court found and ordered, as follows:

    1.    The parties agreed to an exclusion of time under the Speedy Trial Act until the motions filing date of July 2, 2008. The parties requested that the matter be continued and time

STIPULATION AND ORDER
CR 08-0304 PJH

1  excluded in order to provide defendant's counsel with additional time to conduct factual and
2  legal research necessary to prepare and file motions, and to provide defendant's counsel
3  sufficient to time to review additional discovery to be produced by the government relating to
4  defendant's criminal history.
5         2.    The parties believe that failure to grant the above-requested continuance would
6  deny defendant's counsel and defendant the reasonable time necessary for effective preparation
7  taking into account the exercise of due diligence and that the ends of justice served by continuing
8  the case as requested outweigh the interest of the public and defendant in a trial within the date
9  prescribed by the Speedy Trial Act.
10        3.    Thus, the parties respectfully requested and the Court found that the time period
11 from June 18, 2008, to July 2, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
12 (B)(iv) because it results from a continuance granted by the Court at the parties' request and on
13 the basis of the Court's finding that the ends of justice served by taking such action outweigh the
14 best interest of the public and the defendant in a speedy trial and because failure to grant the
15 continuance would unreasonably deny defense counsel the time necessary for effective
16 preparation for trial, taking into account due diligence.
17    IT IS SO STIPULATED.

DATE: June 25, 2008                    Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                            /s/
                                       GARTH HIRE
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


DATE: June 25, 2008                         /s/
                                       ERIC MATTHEW HAIRSTON, ESQ.
                                       Assistant Federal Public Defender

                                       Counsel for Maurice Jerome St. James, Jr.


STIPULATION AND ORDER
CR 08-0304 PJH

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES.  THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1.  The matter is set for a motions hearing at 1:30 p.m. on July 30, 2008.  Motions must be filed by July 2, 2008.

2.  The time period from June 18, 2008, to July 2, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the parties' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: _6/26/08_____



HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

CR 08-0304 PJH