## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: July 2, 2008**                                          **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-304 PJH**

**Case Name:    UNITED STATES   v.   MAURICE JEROME ST. JAMES, JR (C)**

**Attorney for Plaintiff:      Garth Hire**
**Attorney for Defendant:   Ismael Ramsey**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Kathy Wyatt

### PROCEEDINGS

        Trial Setting-Held.  Mr. Hairston has been conflicted out of this case and Mr. Ramsey was appointed counsel this morning.  The parties request to continue the matter to give Mr. Ramsey an opportunity to review discovery and get up to speed is granted by the court.  Time is excluded from 7/2/08 to 8/6/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: August 6, 2008 at 1:30 p.m. for Motion/Trial Setting**.

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 7/2/08 Ends 8/6/08
-------------------------------------------------------------------------------------------------------------------

**cc:** chambers