1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3929
7     Facsimile:  (510) 637-3724
      E-Mail:     Garth.Hire@usdoj.gov

8  Attorneys for the United States

9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,      )      No. CR 08-00304 PJH
                                  )
14          Plaintiff,            )      UNITED STATES' INFORMATION FOR
                                  )      INCREASED PUNISHMENT BY
15          v.                    )      REASON OF PRIOR FELONY DRUG
                                  )      CONVICTION UNDER 21 U.S.C. § 851
16                                )
   MAURICE JEROME ST. JAMES, JR., )
17                                )
            Defendant.            )
18 _____)

19

20                    I N F O R M A T I O N

21      Pursuant to the provisions of 21 U.S.C. § 851, the United States Attorney files this

22 Information alleging that:

23      1.  The defendant, Maurice Jerome St. James, Jr., was convicted on or about April 1,

24 1996, in the Superior Court of California, County of San Mateo, Case Number SC-34341-A, of a

25 felony violation of Section 11359 of the California Health and Safety Code, specifically,

26 possession of marijuana for sale. Attached as Exhibit 1 are court documents establishing this

27 conviction.

28

                                    1

1        2.  Because of this prior felony drug conviction, the defendant is subject to

2    increased punishment pursuant to the provisions of 21 U.S.C. §§ 841(b)(1)(A) and 851

3    if he is convicted of the violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute

4    cocaine base in the form of crack cocaine, as charged in the Indictment filed on May 7, 2008,

5    namely, a mandatory minimum 20-year term of imprisonment; a fine not to exceed $8,000,000;

6    and a mandatory minimum 10-year term of supervised release.

7        3.  The United States Attorney hereby gives notice to the defendant and his

8    counsel that if the defendant is convicted of Count One of the Indictment, the United States

9    intends to rely on his prior felony drug conviction in seeking enhanced punishment at the time of

10    sentencing pursuant to the provisions referenced herein.

11

12                                           JOSEPH P. RUSSONIELLO
                                       United States Attorney

13

14    Dated:   8-4-08

15                                           BRIAN J. STRETCH
                                       Chief, Criminal Division

16

17

18    (Approved as to form: _____ )
                     AUSA GARTH HIRE

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

```
 1 | JAMES F FOX
   | DISTRICT ATTORNEY
 2 | SAN MATEO COUNTY
   | STATE BAR NO. 45169
 3 | BY: JAMES A WADE
   | DEPUTY DISTRICT ATTORNEY
 4 | 401 MARSHALL ST
   | REDWOOD CITY, CA 94063
 5 |
   | TELEPHONE: (415) 363-4636
 6 |
   | ATTORNEYS FOR PLAINTIFF
 7 |
   |
 8 |         SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
   |
 9 | THE PEOPLE OF THE STATE OF CALIFORNIA,  )
   |                                          ) DA CASE: INF 0084977
10 |                              PLAINTIFF,  ) ( FELONY )
   |                                          )
11 |                      V.                  ) INFORMATION
   |                                          )
12 | MAURICE JEROME ST JAMES JR               )    SC34341
   | 32384 DERBY ST                           )
13 | UNION CITY, CA                           )
   |                                          )
14 | *AKA MAURICE JEROME STJAMES JR           )
   |  AKA MAURICE JEROME ST JAMES             )
15 |                                          )
   |                                          )
16 |                          DEFENDANT(S).)
   |------------------------------------------
17 |
   |
18 |     THE SAID DEFENDANT(S) IS/ARE ACCUSED BY THE DISTRICT
   |
19 | ATTORNEY OF THE COUNTY OF SAN MATEO OF THE STATE OF CALIFORNIA,
   |
20 | BY THIS INFORMATION, OF THE FOLLOWING CRIME(S) IN SAN MATEO
   |
21 | COUNTY:
   |
22 |
   |
23 |     COUNT: 001, ON OR ABOUT 04/20/1994, MAURICE JEROME ST JAMES
   |
24 | JR, DID WILLFULLY AND UNLAWFULLY POSSESS FOR PURPOSE OF SALE
   |
25 | MARIJUANA, IN VIOLATION OF HEALTH AND SAFETY CODE SECTION 11359, A
   |
26 | FELONY.
   |
27 |
   |
28 |
   |
```

FILED
SAN MATEO COUNTY

MAY 16 1994

Clerk of the Superior Court
By_____
DEPUTY CLERK

1.

ST-JAMES-139

```
 1  |                              PRIOR  1
    |
 2  |
    |
 3  |       IT IS FURTHER ALLEGED THAT THE DEFENDANT MAURICE JEROME ST
    |
 4  | JAMES JR, PRIOR TO THE COMMISSION OF THE ABOVE OFFENSE(S) DID
    |
 5  | SUFFER A CONVICTION OR JUVENILE ADJUDICATION ON OR ABOUT 080591
    |
 6  | OF THE CRIME OF PENAL CODE SECTION 212.5(B), DOCKET NO. 147728
    |
 7  | IN THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, WITHIN THE
    |
 8  | MEANING OF PENAL CODE SECTIONS 667(C),(D), AND (E).
    |
 9  |                              PRIOR  2
    |
10  |
    |
11  |       IT IS FURTHER ALLEGED THAT SAID DEFENDANT MAURICE JEROME ST
    |
12  | JAMES JR, WAS ON OR ABOUT 08/05/1991, IN THE SANTA CLARA COUNTY
    |
13  | SUPERIOR COURT OF THE STATE OF CALIFORNIA, CONVICTED OF THE
    |
14  | CRIME OF PENAL CODE SECTION 212.5(B), DOCKET NO. 147758 A
    |
15  | FELONY, AND THAT HE THEN SERVED A SEPARATE TERM IN STATE PRISON
    |
16  | FOR SAID OFFENSE, AND THAT HE DID NOT REMAIN FREE OF PRISON
    |
17  | CUSTODY FOR, AND DID COMMIT AN OFFENSE RESULTING IN A FELONY
    |
18  | CONVICTION DURING, A PERIOD OF FIVE YEARS SUBSEQUENT TO THE
    |
19  | CONCLUSION OF SAID TERM, WITHIN THE MEANING OF PENAL CODE
    |
20  | SECTION 667.5(B).
    |
21  |
    |
22  | DATED: MAY 13, 1994
    |
23  |                                    JAMES P FOX, DISTRICT ATTORNEY
    |
24  |
    |
25  |                                    JAMES A WADE
                                         DEPUTY DISTRICT ATTORNEY
```

STATE OF CALIFORNIA
COUNTY OF SAN MATEO

I, John C. Fitton, the Clerk of the Superior Court of the above
entitled County, do hereby certify that the foregoing is a full, true
and correct copy of the original on file in my office, and that I have
carefully compared same with the original.
    Witness my hand and seal of said Superior Court
This __6th__ day of __May 2008__
Clerk of the Superior Court of California, County of San Mateo
By _____
                        Deputy Clerk

2.

ST-JAMES-140

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

[X] SUPERIOR
[ ] MUNICIPAL } COURT OF CALIFORNIA, COUNTY OF ___ SAN MATEO
[ ] JUSTICE

**FILED**
SAN MATEO COUNTY

APR 3 - 1996

Clerk of the Superior Court
By _____ DEPUTY CLERK

COURT (I.D.)
4,1

BRANCH OR JUDICIAL DISTRICT: _____

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: MAURICE JEROME ST JAMES JR
AKA: MAURICE JEROME STJAMES JR, ETC.

[X] PRESENT
[ ] NOT PRESENT

SC-34341-A

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

AMENDED
ABSTRACT [ ]

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 04/01/96 | 1 | LAWRENCE T. STEVENS | RITA PARMA |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| SANDY BETTENCOURT | M. PITT | M. REISS | NONE STATED. |

DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | TERM (L.M.U) | TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HS | 11359 | POSS/SALE OF MARIJUANA | 94 | 04 | 01 | 96 | | | X | L | | 16 |

ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

OTHER ORDERS. *DOUBLE BASE TERM PER PC 667(C)(D)(E).
Defendant shall register as required pursuant to HS 11590 as a narcotics offender.
**CDC to determine additional credits from 08/10/94 to 12/21/95.

| TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT): | | |
|---|---|---|
| TOTAL TERM IMPOSED: | | 32* |

[ ] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S):

EXECUTION OF SENTENCE IMPOSED:

A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
E. [ ] OTHER _____

| DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 04/01/96 | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS 322** INCLUDING: | ACTUAL LOCAL TIME 215 | LOCAL CONDUCT CREDITS 107 | STATE INSTITUTIONS [ ] OMH | [ ] CDC |
|---|---|---|---|---|---|---|

DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

[ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
[ ] CALIF. MEDICAL FACILITY – VACAVILLE
[X] SAN QUENTIN
[ ] OTHER (SPECIFY)
[ ] CALIF. INSTITUTION FOR MEN – CHINO
[ ] DEUEL VOC. INST.

CLERK OF THE COURT

hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____    DATE 4/3/96

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under § 1170. Attachments may be used but must be referred to in this document.

## ABSTRACT OF JUDGMENT - COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the
Judicial Council of California
Effective April 1, 1992

ST-JAMES-141



**STATE OF CALIFORNIA**    ss.
**COUNTY OF SAN MATEO**

I, John C. Fitton, the Clerk of the Superior Court of the above
entitled County, do hereby certify that the foregoing is a full, true
and correct copy of the original on file in my office, and that I have
carefully compared same with the original.
    Witness my hand and seal of said Superior Court

This ___6 th___ day of ___May   2008___

Clerk of the Superior Court of California, County of San Mateo

By _____
                                    Deputy Clerk

ST-JAMES-142