UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: August 6, 2008**                                                **JUDGE:** Phyllis J. Hamilton

Case No: CR-08-304 PJH

Case Name:    UNITED STATES   v.   MAURICE JEROME ST. JAMES, JR (C)

**Attorney for Plaintiff:**    Garth Hire
**Attorney for Defendant:**  Felicia Gross for Ismael Ramsey

**Deputy Clerk:** Nichole Heuerman                **Court Reporter**: Margo Gurule

**PROCEEDINGS**

　　　Motion/Trial Setting-Held.  The government informs the court that a plea has been offered to the defendant.  Defense counsel informs the court that if an agreement is not reached by the parties she anticipates filing a motion to suppress with the court.  The motion to suppress shall be filed by 8/27/08; opposition to be filed by 9/10/08; reply to be filed by 9/17/08 with a hearing to be noticed for 9/24/08 at 1:30 p.m.  If the parties are able to reach a disposition they shall inform the court in advance and the change of plea hearing will take place on 8/27/08 at 1:30 p.m. in lieu of filing the motion to suppress.  Time is excluded from 8/6/08 to 8/27/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: August 27, 2008 at 1:30 p.m. for Change of Plea**.
　　　　　　　　　　　September 24, 2008 at 1:30 p.m. for Motion to Suppress

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 8/6/08 Ends 8/27/08
-------------------------------------------------------------------------------------------------------------------

**cc:**  chambers; Wendy