ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Maurice Jerome St. James, Jr.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MAURICE JEROME ST. JAMES, JR.<br><br>            Defendant. | Case No.: CR 08-0304 PJH<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge Phyllis J. Hamilton |

**NOTICE OF APPEARANCE**

Notice is hereby given that Felicia Gross is appearing as counsel for defendant MAURICE JEROME ST. JAMES, JR., along with Ismail Ramsey of RAMSEY & EHRLICH LLP, in the above-entitled action. All further notice and copies of pleadings, papers, and other materials relevant to this action shall be served upon the following:

>       Ismail Ramsey
>       izzy@ramsey-ehrlich.com
>       Miles Ehrlich
>       miles@ramsey-ehrlich.com
>       Felicia Gross
>       felicia@ramsey-ehrlich.com
>       RAMSEY & EHRLICH LLP
>       803 Hearst Avenue
>       Berkeley, CA 94710
>       (510) 548-3600 (Tel)
>       (510) 291-3060 (Fax)

DATED: August 7, 2008                RAMSEY & EHRLICH LLP


                                        //s// Felicia Gross
                                     Ismail Ramsey
                                     Felicia Gross

                                     Attorneys for Defendant Maurice Jerome St. James, Jr.

**NOTICE OF APPEARANCE**