JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-mail:   Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0304 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM AUGUST 6, 2008, TO AUGUST 27, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A), (B)(iv)) |
| v. | ) | |
| MAURICE JEROME ST. JAMES, JR., | ) | |
| Defendant. | ) | |

      The parties appeared before the Court on August 6, 2008, for a status conference/trial setting hearing. With the agreement of both counsel, and with consent of the defendant, the Court entered an order scheduling a motions hearing for 1:30 p.m. on September 24, 2008, and set a motions briefing schedule requiring the moving party to file motions by August 27, 2008. The Court then found the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv), from August 6, 2008, to August 27, 2008. The parties agreed, and the Court found and ordered, as follows:

      1.     The parties agreed to an exclusion of time under the Speedy Trial Act until the

STIPULATION AND ORDER
CR 08-0304 PJH

1  motions filing date of August 27, 2008.  The parties requested that the matter be continued and
2  time excluded in order to provide defendant's counsel with sufficient time to conduct factual and
3  legal research necessary to prepare, and to write, a motion to suppress.

4  2.  The parties believe that failure to grant the above-requested continuance would
5  deny defendant's counsel and defendant the reasonable time necessary for effective preparation
6  taking into account the exercise of due diligence and that the ends of justice served by continuing
7  the case as requested outweigh the interest of the public and defendant in a trial within the date
8  prescribed by the Speedy Trial Act.

9  3.  Thus, the parties respectfully requested and the Court found that the time period
10 from August 6, 2008, to August 27, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
11 (B)(iv) because it results from a continuance granted by the Court at the parties' request and on
12 the basis of the Court's finding that the ends of justice served by taking such action outweigh the
13 best interest of the public and the defendant in a speedy trial and because failure to grant the
14 continuance would unreasonably deny defense counsel the time necessary for effective
15 preparation for trial, taking into account due diligence.

16 IT IS SO STIPULATED.

17 DATE: August 6, 2008                                Respectfully submitted,

18                                                    JOSEPH P. RUSSONIELLO
                                                      United States Attorney
19
                                                           /s/
20                                                    GARTH HIRE
                                                      Assistant United States Attorney
21
                                                      Attorneys for Plaintiff
22                                                    UNITED STATES OF AMERICA

23

24 DATE: August 6, 2008                                    /s/
                                                      ISMAIL JOMO RAMSEY, ESQ.
25                                                    FELICIA GROSS, ESQ.

26                                                    Counsel for Maurice Jerome St. James, Jr.

27

28

STIPULATION AND ORDER
CR 08-0304 PJH

1
2           **[~~PROPOSED~~] ORDER**

3      FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND
4  CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES.  THEREFORE, IT IS SO
5  FOUND AND ORDERED THAT:
6      1.    The matter is set for a motions hearing at 1:30 p.m. on September 24, 2008.
7  Motions must be filed by August 27, 2008.  Any opposition must be filed by September 10,
8  2008.  Any reply briefs must be filed by September 17, 2008.
9      2.    The time period from August 6, 2008, to August 27, 2008, is deemed excludable
10 pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by
11 the Court at the parties' request and on the basis of the Court's finding that the ends of justice
12 served by taking such action outweigh the best interest of the public and the defendant in a
13 speedy trial and because failure to grant the continuance would unreasonably deny defense
14 counsel the time necessary for effective preparation for trial, taking into account due diligence.
15 The Court finds that nothing in this stipulation and order shall preclude a finding that other
16 provisions of the Speedy Trial Act dictate that additional time periods are excludable from the
17 period within which trial must commence.
18
19 DATED:  8/8/08                                    _____
20                                              HONORABLE PHYLLIS J. HAMILTON
                                                UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER
CR 08-0304 PJH