ISMAIL RAMSEY (CA BAR #189820)
FELICIA GROSS (CA BAR #231909)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 (FAX)
izzy@ramsey-ehrlich.com

Attorneys for Defendant Maurice St. James, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 08-00304 PJH |
|---|---|
| Plaintiff, | ) *EX PARTE* MOTION TO WITHDRAW |
|  | ) AS COUNSEL FOR DEFENDANT |
| vs. | ) MAURICE ST. JAMES, JR. |
|  | ) |
| MAURICE ST. JAMES, JR., | ) Hon. Phyllis J. Hamilton |
|  | ) September 3, 2008 at 1:30 p.m. |
| Defendant | ) |

**NOTICE OF MOTION AND *EX PARTE* MOTION TO WITHDRAW**

**AS COUNSEL FOR MAURICE ST. JAMES, JR.**

TO DEFENDANT MAURICE ST. JAMES, JR. AND PLAINTIFF THE UNITED STATES OF AMERICA:

Please take notice that, pursuant to this Court's Local Rule 44-2, Ismail Ramsey of the law firm of Ramsey & Ehrlich LLP, moves this Court for an order relieving him as court-appointed counsel under the Criminal Justice Act for Maurice St. James, Jr. in the above-entitled matter. Mr. St. James joins in this request.

This motion is based upon information to be provided to the court *in camera* by undersigned counsel and the defendant, the files and records in this case, and such other statutory and jurisprudential authorities as may be relevant hereto.

Dated:   August 27, 2008                    Respectfully Submitted,

                                            RAMSEY & EHRLICH LLP

                                            ISMAIL RAMSEY