ISMAIL RAMSEY (CA BAR #189820)
FELICIA GROSS (CA BAR #231909)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 (FAX)
izzy@ramsey-ehrlich.com

Attorneys for Defendant Maurice St. James, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MAURICE ST. JAMES, JR.,<br><br>      Defendant | Case No.: CR 08-00304 PJH<br><br>DEFENDANT MAURICE ST. JAMES, JR.'S MOTION FOR SUBSTITUTION OF COUNSEL<br><br>Hon. Phyllis J. Hamilton<br>September 3, 2008 at 1:30 p.m. |

**NOTICE OF MOTION AND MOTION FOR SUBSTITUTION OF**

**COUNSEL BY MAURICE ST. JAMES, JR.**

TO: PLAINTIFF THE UNITED STATES OF AMERICA:

Please take notice that, pursuant to this Court's Local Rule 47-2, Ismail Ramsey of the law firm of Ramsey & Ehrlich LLP, at the request of defendant Maurice St. James, Jr., moves this Court for an order relieving Ismail Ramsey as counsel of record and substituting different court-appointed counsel under the Criminal Justice Act. Mr. St. James believes that communication between undersigned counsel and him has broken down and that the two have irreconcilable differences.

Undersigned counsel agrees with Mr. St. James request. *Counsel also hereby withdraws his previously filed motion to withdraw*, as this request for a change of counsel was actually initiated by Mr. St. James, and thus a motion for substitution of counsel by him is more appropriate than the motion to withdraw.

This motion is based upon information to be provided to the court *in camera* by the defendant and undersigned counsel, the files and records in this case, and such other statutory and jurisprudential authorities as may be relevant hereto.

Dated:      September 1, 2008                    Respectfully Submitted,

                                                 RAMSEY & EHRLICH LLP

                                                 /s/ Ismail Ramsey
                                                 ISMAIL RAMSEY