**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**

**Date:** September 3, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-304 PJH

**Case Name:**   UNITED STATES   v.   MAURICE JEROME ST. JAMES, JR (C)

**Attorney for Plaintiff:**     Kyle Waldinger for Garth Hire
**Attorney for Defendant:**   Ismael Ramsey

**Deputy Clerk:** Nichole Heuerman          **Court Reporter**: Belle Ball

**PROCEEDINGS**

   Defendant's Motion to Substitute Attorney-GRANTED as stated on the record.  A portion of the hearing is held in camera and out of the presence of government counsel.

**CASE CONTINUED TO:** September 10, 2008 at 9:30 a.m.  for ID of Counsel (EDL).
                 September 10, 2008 at 1:30 p.m. for Trial Setting (PJH).

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins  Ends
-------------------------------------------------------------------------------------------------------------------

**cc:**  chambers; EDL